EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2018 TSPR 39   |
|                             |                |
| Alessandrina Casale Villani | 199 DPR ____   |

Número del Caso: TS-12,014


Fecha:   6 de marzo de 2018


Abogado de la peticionaria:

         Por derecho propio


Oficina de Inspección de Notarías:

         Lcdo. Manuel E. Ávila de Jesús


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Alessandrina Casale Villani          TS-12,014

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de marzo de 2018.

Examinada la *Moción Urgente Solicitando Reinstalación* presentada por la licenciada Alessandrina Casale Villani, se le reinstala al ejercicio de la abogacía.

De otra parte, evaluado el *Informe Actualizado Sobre Estado de la Obra Protocolar Incautada y en Cumplimiento de Orden* presentado por la Oficina de Inspección de Notarías, se le concede a la licenciada Casale Villani un término de treinta (30) días para completar el proceso de subsanación de su obra notarial. Se le apercibe que de no cumplir con lo ordenado pudiera estar sujeta a la imposición de sanciones disciplinarias severas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo